# ORANGE COUNTY DEPARTMENT OF LAW

**RICHARD B. GOLDEN**
COUNTY ATTORNEY

**Carol C. Pierce**
*Deputy County Attorney*
_____



Steven M. Neuhaus
County Executive

| | |
|---|---|
| **Municipal Law Division** | **Family Law Division** |
| TEL: 845-291-3150 | TEL: 845-291-2650 |
| FAX: 845-378-2374* | FAX: 845-360-9161* |

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Kelly M. Naughton *Chief Assistant – Local Municipal*
Joseph F. Mahoney     Donna M. Badura
William S. Badura      Lia E. Fierro
Marina V. O'Neill      Lisa M. James
Stephanie T. Midler    Cedric A. Cooper
Dante D. De Leo

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
David S. Meffert *Chief Assistant – Juvenile Justice*
Peter R. Schwarz        Linda P. DaSilva
Stephanie Bazile        Ferol L. Reed-McDermott
Michael Rabiet          Karen A. Amundson
Tammy A. Delile         Eve I. Lincoln
Rebecca McGee           Lisa M. Morgillo
Stephen Toole

**SO ORDERED:**
Application denied. According to the NYS DOCCS Inmate Lookup website, it appears Mr. Hamilton has been housed in Elmira Correctional Facility since December 29, 2025. Thus, counsel is directed to make arrangements with Elmira Correctional Facility to have the Plaintiff produced for the January 23, 2026 Telephone Conference.

*Judith C. McCarthy*    1-16-26
JUDITH C. McCARTHY
United States Magistrate Judge

**VIA ELECTRONIC MAIL**

Hon. Judith C. McCarthy
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 621
White Plains, New York 10601-4150

**Re:**      *Hamilton v. Greene*
            SDNY Civil Case No.: 25 Civ. 5647 (JGLC) (JCM)

Dear Judge McCarthy,

    My office represents Defendant in the above-referenced matter. We are writing in advance of the telephone conference scheduled for January 23, 2026 at 11:30 a.m. It has come to my attention that Plaintiff was transferred out of the Orange County Correctional Facility on December 29, 2025. We do not have his current address. We are mailing this letter to Plaintiff's last known address on file.

    In light of the above, we are respectfully requesting an adjournment of the upcoming conference as well as an extension, or stay, of the deadlines set forth in the Civil Case Discovery Plan and Scheduling Order (Doc. No. 21) until such time that Plaintiff updates this Court with his current address.

    Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*/s/ DANTE D. DE LEO*

Dante D. De Leo
Assistant County Attorney


cc:    **VIA REGULAR MAIL ONLY**

LeShawn X. Hamilton, *Pro Se*
188 N MILLER ST
NEWBURGH, NEW YORK 12550