UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LESHAWN X. HAMILTON,

<table>
<tr><td>Plaintiff,</td><td><strong>ORDER</strong></td></tr>
<tr><td>-against-</td><td>25 Civ. 5647 (JGLC)(JCM)</td></tr>
<tr><td>C.O. B. GREENE,</td><td></td></tr>
<tr><td>Defendant.</td><td></td></tr>
</table>

----------------------------------------------------------X

At a telephone conference held on April 16, 2026, the Court scheduled a next telephone conference for June 1, 2026 at 11:00 a.m. Plaintiff did not appear at the June 1, 2026 conference, nor did he contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference. Accordingly, by June 18, 2026, Plaintiff is directed to provide a letter to the Court explaining his failure to appear at the conference. Plaintiff is further directed to update the Court with his new address.

In addition, the Court adjourned the June 1, 2026 conference to June 26, 2026 at 10:30 a.m. The parties shall call the following number at the time of the conference: Toll-Free Number: 855-244-8681 Access Code: 1800490580. It is the responsibility of counsel for the Defendant to make prior arrangements with the appropriate facility to have the Plaintiff available via telephone. Plaintiff's failure to appear at this conference may result in sanctions, including dismissal of his case for failure to prosecute.

- 2 -

The Clerk is respectfully requested to mail a copy of this Order to Plaintiff at the following address: Leshawn X. Hamilton, DIN: 25B4101, 639 Exchange St., P.O. Box 149 Attica, NY 14011-0149.

Dated:    June 2, 2026
          White Plains, New York

                              **SO ORDERED:**

                              _____
                              JUDITH C. McCARTHY
                              United States Magistrate Judge