UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN X. HAMILTON,
Plaintiff,

-against-

C.O. B. GREENE,
Defendant.

25-CV-5647 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On September 16, 2026, this Court set a briefing schedule requiring Defendant to file his motion for summary judgment by October 1 and Plaintiff to file his opposition to Defendant's motion by November 13. ECF No. 42. Defendant timely filed his motion. Plaintiff has not filed his opposition. Plaintiff's deadline to file his opposition to Defendant's motion for summary judgment is extended to **December 4, 2026**. If Plaintiff fails to meet this deadline, the Court will treat Defendant's motion for summary judgment as unopposed. Further extensions of this deadline are unlikely to be granted absent extraordinary circumstances. Defendant may file a reply in support of his motion by **January 1, 2027**. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: November 20, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge